

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00466-CV

Pedro **RAMIREZ**,
Appellant

v.

Frances **RAMIREZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-21553
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extensions of time to file the brief, the brief was due on November 9, 2018. After the twice-extended due date, Appellant filed a third motion for extension of time. Appellant states the parties have reached "a handshake deal" that will resolve all matters on appeal, and Appellant expects the parties to execute a settlement agreement by November 30, 2018.

Appellant's third motion for extension of time to file Appellant's brief is GRANTED. If Appellant fails to file a motion to dismiss by November 30, 2018, Appellant's brief will be due on December 14, 2018.

**No further motion for extension of time to file Appellant's brief will be granted.** If no motion to dismiss this appeal is filed on or before November 30, 2018, and Appellant fails to file the brief by December 14, 2018, this court may dismiss this appeal for want of prosecution *without further notice*.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court